## Judson Lipowitz

| | |
|---|---|
| **From:** | Marc Moller [MMoller@kreindler.com] |
| **Sent:** | Monday, August 28, 2006 6:28 PM |
| **To:** | SEPT11 PLAINTIFFS ATTORNEYS |
| **Subject:** | FW: September 11 Litigation, 21 MC 97 (AKH): Fisher, Golinski, Shontere (Houtz) and Willcher |

FYI

-----Original Message-----
**From:** zJudson H. Lipowitz
**Sent:** Thursday, August 24, 2006 3:23 PM
**To:** zDesmond Barry, Jr.
**Cc:** LRichards@RKOLLP.com; rac@cliffordlaw.com; Beth.Goldman@usdoj.gov;; Marc Moller; rwilliamson@fzw.com; bjacob@schiffhardin.com
**Subject:** September 11 Litigation, 21 MC 97 (AKH): Fisher, Golinski, Shontere (Houtz) and Willcher

Dear Des:

Attached please find copies of the segregated amended complaints we filed with the Court in the Fisher, Golinski, Shontere (Houtz) and Willcher wrongful death actions on July 31, 2006, along with copies of Exhibits A and B. Pursuant to your agreement to accept service on behalf of the American defendants, hard copies of these documents were sent to you via Federal Express today.

In your capacity as Aviation Defendants' Liaison Counsel, please forward this e-mail with attachments to all Aviation Defendants' counsel along with our request that each of your constituents agree to accept service of these pleadings via this e-mail. We are circulating this e-mail to all Liaison counsel, Assistant U.S. Attorney Beth Goldman and to Lee S. Richards, attorney for The Boeing Company as well.

If any defendant objects to this method of service, counsel for that defendant should inform us immediately. It is our purpose to avoid the unnecessary time and expense of copying and serving these pleadings on such a large number of defendants.

Thank you for your assistance and cooperation.

Judson H. Lipowitz, Esquire
AZRAEL, GANN AND FRANZ, LLP
101 E. Chesapeake Avenue, Fifth Floor
Baltimore, Maryland 21286
410-821-6800
410-821-1265 (fax)
JLipowitz@Agflaw.com

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE


EXHIBIT E

9/8/2006