## Judson Lipowitz

| | |
|---|---|
| **From:** | Shultz, Mack H. (Perkins Coie) [MShultz@perkinscoie.com] |
| **Sent:** | Thursday, August 24, 2006 7:13 PM |
| **To:** | Judson Lipowitz |
| **Cc:** | McLaughlin, Thomas J. (Perkins Coie); Barry Jr., Desmond T. |
| **Subject:** | September 11 litigation |

Mr. Lipowitz:

Des Barry has forwarded us your email of today regarding the new complaints you recently filed in the Fisher, Golinski, Shontere (Houtz) and Willcher wrongful death actions. On behalf of Boeing, although we cannot agree to accept service on these new cases in this manner, we will comply with a proper request to waive service under Federal Rule of Civil Procedure 4(d). We also would appreciate it if the case numbers for these new actions were provided.

You may send the waiver forms and the complaints to me for handling. I have provided our mailing address below.

Mack Shultz
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA   98101-3099

------------------------------------------------------
**Mack H. Shultz, Jr.**
Products Liability
Perkins Coie LLP
Tel: (206) 359-6724
Fax: (206) 359-7724
mailto:mshultz@perkinscoie.com
http://www.perkinscoie.com/
------------------------------------------------------

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.


EXHIBIT F

8/25/2006

## Judson Lipowitz

| | |
|---|---|
| **From:** | Siembieda, Lori J [lsiembieda@stblaw.com] |
| **Sent:** | Wednesday, September 06, 2006 11:55 AM |
| **To:** | Judson Lipowitz |
| **Cc:** | Wayland, Joe; dbarry@condonlaw.com |
| **Subject:** | September 11th Litigation |

Mr. Lipowitz:
We represent Argenbright Security, Inc. in connection with the September 11th Litigation. Des Barry has forwarded us your email dated August 24, 2006 regarding the new complaints you recently filed in the Fisher, Golinski, Shontere (Houtz), and Willcher wrongful death actions. We cannot agree to accept service on these cases in this manner, but are willing to waive service pursuant to Federal Rule of Civil Procedure 4(d). Please forward the waiver forms and complaints to my attention together with the case numbers for the new actions.

Thank you.

Lori Siembieda

---

Lori J Siembieda
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Tel: (212) 455-7886
Fax: (212) 455-2502
lsiembieda@stblaw.com

---

9/8/2006