UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE SEPTEMBER 11, 2001 LITIGATION
------------------------------------------------------------x


CHRISTINE K. FISHER, Individually and as Personal
Representative of the Estate of GERALD P. FISHER,
Deceased, and on behalf of all survivors of
GERALD P. FISHER;

IRENE M. GOLINSKI, Individually and as
Personal Representative of the Estate of RONALD
F. GOLINSKI, Deceased, and on behalf of all
survivors of RONALD F. GOLINSKI;

JULIA P. SHONTERE, Individually, and as
Personal Representative of the Estate of ANGELA M. HOUTZ,
Deceased, and on behalf of all survivors of ANGELA M. HOUTZ; and

SHIRLEY N. WILLCHER, Individually and as Personal
Representative of the Estate of ERNEST M. WILLCHER,
Deceased and on behalf of all survivors of ERNEST M. WILLCHER;

       Plaintiffs

v.                                                       **Civil Action**
                                                              **03 CV 6966**

AMR CORPORATION, et al.

       Defendants.
_____x


## ORDER GRANTING MOTION FOR ADMINISTRATIVE ORDER

Upon consideration of the Motion for Administrative Order, filed by Plaintiffs (i) CHRISTINE K. FISHER, Individually and as Personal Representative of the Estate of GERALD P. FISHER, Deceased, and on behalf of all survivors of GERALD P. FISHER; (ii) IRENE M. GOLINSKI, Individually and as Personal Representative of the Estate of

RONALD F. GOLINSKI, Deceased, and on behalf of all survivors of RONALD F. GOLINSKI; (iii) JULIA P. SHONTERE, Individually, and as Personal Representative of the Estate of ANGELA M. HOUTZ, Deceased, and on behalf of all survivors of ANGELA M. HOUTZ; and (iv) SHIRLEY N.WILLCHER, Individually and as Personal Representative of the Estate of ERNEST M. WILLCHER, Deceased and on behalf of all survivors of ERNEST M. WILLCHER, and any response thereto, it is by the United States District Court for the Southern District of New York, this ____ day of _____, 2007, hereby:

ORDERED, that the Motion for Administrative Order is GRANTED; and it is further

ORDERED, that the Clerk shall:

(1) docket the Second Amended and Segregated Complaint filed by CHRISTINE K. FISHER, Individually and as Personal Representative of the Estate of GERALD P. FISHER, Deceased, and on behalf of all survivors of GERALD P. FISHER, in the above referenced case, to be the sole plaintiff in case no. 03 CV 6966;

(2) docket the Second Amended and Segregated Complaints filed by IRENE M. GOLINSKI, Individually and as Personal Representative of the Estate of RONALD F. GOLINSKI, Deceased, and on behalf of all survivors of RONALD F. GOLINSKI; JULIA P. SHONTERE, Individually, and as Personal Representative of the Estate of ANGELA M. HOUTZ, Deceased, and on behalf of all survivors of ANGELA M. HOUTZ; and SHIRLEY N.WILLCHER, Individually and as Personal Representative of the Estate of ERNEST M. WILLCHER, Deceased and on behalf of all survivors of ERNEST M. WILLCHER, as three separate actions, each with its own case number;

(3) docket the Second Amended and Segregated Complaints as filed on September 10, 2003, in accordance with the Court's August 1, 2006 Order; and it is further

ORDERED, that service of the four Second Amended and Segregated Complaints shall be deemed effective when served on the Aviation and Ground Defendants' Liaison Counsel, all other Liaison Counsel, the United States Attorney's Offices and Beth Jacob, Esq., as set forth in the Court's March 10, 2005 Order.

_____
United States District Judge