UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IN RE SEPTEMBER 11 LITIGATION  :  21 MC 97 (AKH)

This document relates to:

*Ambrose v. American Airlines, Inc., et al.*, 02 Civ. 7150 (AKH)

*Shontere v. AMR Corp., et al.*, 03 Civ. 6966 (AKH)

*Wilson v. American Airlines, Inc., et al.*, 03 Civ. 6968 (AKH)

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

### ORDER

An agreement of settlement having been made in each of the above-captioned actions, it is hereby:

ORDERED that the above-captioned actions be removed from the damages-only trial calendar. The parties shall proceed to conclude the settlements promptly in accordance with the procedures heretofore established in this litigation and as required by the applicability to these actions of the Air Transportation Safety and System Stabilization Act, Pub. L. No. 107-42, 115 Stat. 230 (2001).

The Clerk shall file a copy of this Order in each of the above-captioned case files.

SO ORDERED.

Dated: New York, New York
This __1__ day of __Nov__, 2007.

ALVIN K. HELLERSTEIN
United States District Judge

1