UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                      :    21 MC 97 (AKH)
                                                      :
IN RE: SEPTEMBER 11, 2001 LITIGATION   :
                                                      :    This Document Relates to:
                                                      :    03-CV-6966
                                                      :    <u>Cordero, et al. v. AMR Corp., et al.</u>
------------------------------------------------------------------x

**<u>NOTICE ADOPTING MASTER ANSWER OF DEFENDANT US AIRWAYS, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT</u>**

PLEASE TAKE NOTICE that defendant US Airways, Inc. (hereinafter "US Airways") hereby adopts its Master Answer to the Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned matter.

WHEREFORE, US Airways respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated: November 13, 2007

                                      US AIRWAYS, INC.

                                      By its Attorneys,

                                      CAMPBELL CAMPBELL EDWARDS &
                                      CONROY, P.C.

                                      <u>/s/ Richard P. Campbell</u>
                                      Richard P. Campbell (RC 9599)
                                      Kurt B. Gerstner (KG 7862)
                                      Kathleen M. Guilfoyle (KG 6984)
                                      One Constitution Plaza
                                      Boston, MA 02129
                                      (617) 241-3000

TO:     Kenneth P. Nolan, Esquire
        SPEISER, KRAUSE, NOLAN & GRANITO
        Two Grand Central Tower
        140 East 45th Street
        New York, New York 10017
        (212) 661-0011

        Jonathan A. Azrael, Esquire
        AZRAEL, GANN & FRANZ, LLP
        101 East Chesapeake Avenue, 5th Floor
        Baltimore, Maryland 21286
        (410) 821-6800

        Attorneys for Plaintiffs
        CHRISTINE K. FISHER
        IRENE M. GOLINSKI
        JULIA P. SHONTERE
        SHIRLEY N. WILLCHER

        PD/BL PLAINTIFFS' LIAISON COUNSEL
        PI/WD PLAINTIFFS' LIAISON COUNSEL
        GROUND DEFENDANTS' LIAISION COUNSEL
        7 WTC GROUND DEFENDANTS' LIAISON COUNSEL
        ALL AVIATION DEFENDANTS
        US ATTORNEY'S OFFICE