UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KATHY A. CORDERO, et. al                          :
               Plaintiffs,                                Case No.: 2-03 CV 06966 (AKH)
     v.                                                :
                                                 **NOTICE OF ADOPTION BY**
AMR CORPORATION, et al.                     :    **DEFENDANT AIRTRAN**
                                                 **AIRWAYS, INC.**
              Defendants.                           :
------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT defendant AIRTRAN AIRWAYS, INC. hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned action.

      WHEREFORE, defendant AIRTRAN AIRWAYS, INC. respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
       November 13, 2007

                                        SATTERLEE STEPHENS BURKE & BURKE LLP

                                        By: _/s/ James F. Rittinger_
                                             James F. Rittinger (JR-0556)
                                             Alun W. Griffiths (AG-3516)
                                             Veronica L. Maginnis (VM-2139)
                                        230 Park Avenue
                                        New York, New York 10169
                                        Tel.: (212) 818-9200
                                        Fax: (212) 818-9606
                                        Attorneys for Defendant
                                        AIRTRAN AIRWAYS, INC.

712784_1