## CERTIFICATE OF SERVICE

I, Pia Naib, a paralegal with the firm of Simpson Thacher & Bartlett LLP, attorneys for Petitioners Argenbright Security, Inc., certify:

I am over eighteen (18) years of age. On the 13th day of November, 2007, the foregoing Notice Adopting Master Answer of Defendant Argenbright Security, Inc. to Plaintiffs' Fourth Amended Flight 77 Master Liability was served to the parties on the attached service list by electronic mail.

I certify under the penalty of perjury that the foregoing is true and correct.

_____
Pia Naib

Dated: November 13, 2007

SERVICE LIST

Adina Halpern - ahalpern@condonlaw.com
Alison Mikkor - amikkor@debevoise.com
Allen W. Burton - aburton@omm.com
Alun Griffiths - agriffiths@ssbb.com
Ann Taylor - ataylor@lordbissell.com
Anoushka Bayley - abayley@quirkbakalor.com
Anthony U. Battista - abattista@condonlaw.com
Anthony Hom - ahom@jhcb.com
Anthony Orlandi - aorlandi@goodwinprocter.com
Antoinette Greenaway Ellison – antoinette.ellison@dpw.com
Benjamin C. Curcio - bcurcio@seidenwayne.com
Beth D. Jacob - bjacob@schiffhardin.com
Brian Alexander – balexander@kreindler.com
Brian Fraser - bfraser@rsko.com
Brian Melton - bmelton@susmangodfrey.com
Brian Otero - botero@hunton.com
Charles E. Koob - ckoob@stblaw.com
Charles Eskridge - ceskridge@susmangodfrey.com
Christopher Christensen - cchristensen@condonlaw.com
Christopher Howe - chowe@campbell-trial-lawyers.com
Christopher Moore - cmoore@goodwinprocter.com
Christopher Parkerson - cparkerson@campbell-trial-lawyers.com
Courtney Anderson - clanderson@mayerbrownrowe.com
David Bloomberg - david.bloomberg@bryancave.com
David Orozco - dorozco@susmangodfrey.com
David Sass - dsass@mclaughlinstern.com
David Woll – dwoll@stblaw.com
Dennis D'Angelo - DDAngelo@goodwinprocter.com
Desmond T. Barry, Jr. - dbarry@condonlaw.com
Diana Gurfel - dgurfel@condonlaw.com
Donald Migliori – dmigliori@motleyrice.com
Douglas Amster - dha@stjohnlaw.com
Douglas Pepe – dpepe@josephnyc.com
Edward McMurrer - Edward.McMurrer@Mendes.com
Elizabeth Goldman - beth.goldman@usdoj.gov
Eric Lent - elent@perkinscoie.com
Eric McNamar - emcnamar@condonlaw.com
Erin Slusser - eslusser@dglitigators.com
Eugene Lee - elee@condonlaw.com
Gary Westerberg - gwesterberg@lordbissell.com
Grace Wen - gwen@rkollp.com
H. Lee Godfrey - lgodfrey@susmangodfrey.com
Hannah M. Pennington - hmpennington@debevoise.com
Inna Reznik - ireznik@cgsh.com

Jaan Kangur – jkangur@fzwz.com
Jackie Wray - jwray@susmangodfrey.com
Jacob W. Stahl - jwstahl@debevoise.com
James Freire - jfreire@jhcb.com
James Gallagher - Jgallagher@ggfc-law.com
James Connors - jconnors@jhcb.com
James Rittinger - jrittinger@ssbb.com
Jayne Conroy – jconroy@hanlyconroy.com
Jean C. Rose - jrose@condonlaw.com
Jeannette Vargas - jeannette.vargas@usdoj.gov
Jeff Ellis - jellis@quirkbakalor.com
Jeff McLaren - jmclaren@susmangodfrey.com
Jeffrey Moryan - Jmoryan@connellfoley.com
Joe Wayland - jwayland@stblaw.com
John Cooney, Jr. - john.cooney@dpw.com
John McHenry - Jmchenry@connellfoley.com
Jonathan A. Azrael – jazrael@agflaw.com
Jonathan Blackman - jblackman@cgsh.com
Jonathon Ross - jross@susmangodfrey.com
Judson H. Lipowitz – jlipowitz@agflaw.com
Jung Lee - jmlee@condonlaw.com
Karen Berberich - Kberberich@dglitigators.com
Karin Bell - kbell@goodwinprocter.com
Karen Artusa - kartusa@quirkbakalor.com
Karyn Yaffee - kyaffee@omm.com
Kate Fitzpatrick - kfitzpatrick@chadbourne.com
Katherine Szijarto - kszijarto@connellfoley.com
Kathleen Gulifoyle - kguilfoyle@campbell-trial-lawyers.com
Kenneth P. Nolan – kpn@ny.speiserkrause.com
Kerry E. Kolodziej - kkolodziej@mayerbrownrowe.com
Lana Milojevic - lmilojevic@rkollp.com
Laura D. Murphy – lmurphy@stblaw.com
Laurie Kachonick - lkachonick@connellfoley.com
Lee Richards - lrichards@rsko.com
Leigh Van Ostrand - lvanostrand@condonlaw.com
Loretta Redmond - lredmond@quirkbakalor.com
Lori Siembieda – lsiembieda@stblaw.com
Mack Shultz - mshultz@perkinscoie.com
Marc S. Moller – mmoller@kreindler.com
Mark Dombroff - Mdombroff@dglitigators.com
Mark Wood - mwood@omm.com
Mary Chang - mmchang@bryancave.com
Mary Gaston - mgaston@perkinscoie.com
Maura Monaghan - mkmonaghan@debevoise.com
M. Bradford Stein – bstein@fzwz.com
Mia DeFranco - mdefranco@goodwinprocter.com

Michael Bojbasa – mbojbasa@ggfc-law.com
Michael Crowley - mcrowley@ggfc-law.com
Michael E. Elsner – melsner@motleyrice.com
Michael Feagley - mfeagley@mayerbrownrowe.com
Michael Kerns - mkerns@dglitigators.com
Michael Koueiter - mkoueiter@condonlaw.com
Michael Peterson - mpeterson@condonlaw.com
Neal Manne - nmanne@susmangodfrey.com
Neal Potischman - potisch@dpw.com
Neil Binder - nbinder@rsko.com
Nick Daum - ndaum@susmangodfrey.com
Paul Kelly - pkelly@klhboston.com
Paul Koepff - pkoepff@omm.com
Paul J. Hanly, Jr. – phanly@hanlyconroy.com
Paul Robbins - probbins@mclaughlinstern.com
Paul Ware, Jr. - pware@goodwinprocter.com
Peter Skoufalos - pskoufalos@browngavalas.com
Peter Van Deventer, Jr. - pbv@stjohnlaw.com
Peter Vetro – pvetro@ggfc-law.com
Ralph Pagano - Ralph.Pagano@mendes.com
Richard Campbell - rpcambell@campbell-trial-lawyers.com
Richard A. Williamson - rwilliamson@fzwz.com
Robert Brown - rjb@browngavalas.com
Robert Clifford – rac@cliffordlaw.com
Robert Goodman – rdgoodman@debevoise.com
Roger Podesta - repodesta@debevoise.com
Sarah Connelly - sconnelly@condonlaw.com
Sarah Haan - shaan@rsko.com
Sarah Normand – Sarah.Normand@usdoj.gov
Tara McCabe - Tara.McCabe@mendes.com
Terrianne Muenzen - tmuenzen@debevoise.com
Thomas J. McCormack - tmccormack@chadbourne.com
Thomas McLaughlin - tmclaughlin@perkinscoie.com
Timothy Keane - tkeane@quirkbakalor.com
Timothy Tomasik – tst@cliffordlaw.com
Todd Rosencrans - trosencrans@perkinscoie.com
Veronica Maginnis - vmaginnis@ssbb.com
Victoria A. Turchetti - vturchetti@condonlaw.com