UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | : | Civil Action No.: |
| | : | 21 MC 97 (AKH) |
| | : | |
| | : | This Document Relates to: |
| IN RE SEPTEMBER 11, 2001 LITIGATION | : | 03 CV 6966 |
| | : | |
| | : | Cordero v. AMR Corporation, et. al. |
| | : | |
| | : | |
-------------------------------------------------------------x

## NOTICE OF ADOPTION

    **PLEASE TAKE NOTICE THAT,** defendant Delta Air Lines, Inc. incorrectly s/h/a Delta

Airlines, Inc., hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability

Complaint as its Answer in the above-captioned action.

Dated: Garden City, New York
       November 13, 2007

                                 **GALLAGHER GOSSEEN**
                                 **FALLER & CROWLEY**

                    By: _____
                       **MICHAEL J. CROWLEY**
                       **JAMES A. GALLAGHER, JR.**
                       **JAMES F. GALLAGHER**
                    A Member of the Firm
                    *Attorneys for Defendant*
                    **DELTA AIR LINES, INC. incorrectly**
                    **s/h/a DELTA AIRLINES, INC.**
                    1010 Franklin Avenue, Suite 400
                    Garden City, NY 11530-2927
                    (516) 742-2500
                    **Atty. I.D. # MC/2821**
                    **Atty. I.D. # JG/7597**
                    **Atty. I.D. # JG 3256**

TO:   **SEE ATTACHED SERVICE LIST**
       **(Via Electronic Mail Only)**

## SERVICE LIST

TO:    Kenneth P. Nolan, Esq.
Kenneth P. Nolan, Esq.
**SPEISER KRAUSE NOLAN & GRANITO**
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, NY 10017
*Counsel for Plaintiff Re: Doc. No. 03 CV 6966*
***Via E-Mail***: **kpn@ny.speiserkrause.com**


Donald A. Migliori, Esq.
Michael E. Elsner, Esq.
**MOTLEY RICE**
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000
*PI/WD Plaintiffs' Liaison Counsel*
***Via E-Mail***: **dmigliori@motleyrice.com**
***Via E-Mail***: **melsner@motleyrice.com**


Marc S. Moller, Esq.
Brian Alexander, Esq.
**KREINDLER & KREINDLER, LLP**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*
***Via E-Mail***: **mmoller@kreindler.com**
***Via E-Mail***: **balexander@kreindler.com**


Desmond T. Barry, Jr., Esq.
**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*
***Via E-Mail***: **dbarry@condonlaw.com**
***Via E-Mail***: **vturchetti@condonlaw.com**


Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
***Via E-Mail***: **rac@cliffordlaw.com**
***Via E-Mail***: **tst@cliffordlaw.com**

**\*\*\* SERVICE RIDER (CONT'D) \*\*\***

TO: Richard A. Williamson, Esq.
   Brad Stein, Esq.
   **FLEMMING ZULACK**
   **WILLIAMSON ZAUDERER LLP**
   One Liberty Plaza, 35th Floor
   New York, New York 10006
   (212) 412-9500
   *Ground Defendants' Liaison Counsel*
   ***Via E-Mail***:  **rwilliamson@fzwz.com**
   ***Via E-Mail***:  **bstein@fzwz.com**

   Beth D. Jacob, Esq.
   **SCHIFF HARDIN LLP**
   623 Fifth Avenue, 28th Floor
   New York, New York 10022
   (212) 753-5000
   *7 World Trade Center Ground Defendants' Liaison Counsel*
   ***Via E-Mail***:  **bjacob@schiffhardin.com**

   Sarah S. Normand, Esq.
   Beth Goldman, Esq.
   Jeannette Vargas, Esq.
   Assistant U.S. Attorneys
   Southern District of New York
   **UNITED STATES DEPARTMENT OF JUSTICE**
   86 Chambers Street
   New York, New York 10007
   (212) 637-2709
   *Counsel for Intervenor*
   *THE UNITED STATES OF AMERICA*
   ***Via E-Mail***:  **sarah.normand@usdoj.gov**
   ***Via E-Mail***:  **beth.goldman@usdoj.gov**
   ***Via E-Mail***:  **jeannette.vargas@usdoj.gov**

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                       ) ss.:
**COUNTY OF NASSAU** )

Cathy Siliato, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Glen Oaks, New York.

On November 13, 2007 deponent served the within **NOTICE OF ADOPTION** upon:

### SEE ATTACHED SERVICE LIST
**Via Electronic Mail Only**

being the E-Mail addresses designated by said attorneys/parties for that purpose by transmitting a true copy of same by use of the World Wide Web through a designated Internet Provider Service.

_____
CATHY SILIATO

Sworn to before me this
13th day of November, 2007

_____
Notary Public

CATHLEEN M. HOHIL
Notary Public, State Of New York
No. 01HO4756624
Qualified In Nassau County
Commission Expires __5/31/2010__

## SERVICE LIST

TO:    Kenneth P. Nolan, Esq.
       Kenneth P. Nolan, Esq.
       **SPEISER KRAUSE NOLAN & GRANITO**
       Two Grand Central Tower
       140 East 45th Street, 34th Floor
       New York, NY 10017
       *Counsel for Plaintiff Re: Doc. No. 03 CV 6966*
       ***Via E-Mail***: **kpn@ny.speiserkrause.com**

       Donald A. Migliori, Esq.
       Michael E. Elsner, Esq.
       **MOTLEY RICE**
       P.O. Box 1792
       Mount Pleasant, South Carolina 29465
       (843) 216-9000
       *PI/WD Plaintiffs' Liaison Counsel*
       ***Via E-Mail***: **dmigliori@motleyrice.com**
       ***Via E-Mail***: **melsner@motleyrice.com**

       Marc S. Moller, Esq.
       Brian Alexander, Esq.
       **KREINDLER & KREINDLER, LLP**
       100 Park Avenue, 18th Floor
       New York, New York 10017
       (212) 687-8181
       *PI/WD Plaintiffs' Liaison Counsel*
       ***Via E-Mail***: **mmoller@kreindler.com**
       ***Via E-Mail***: **balexander@kreindler.com**

       Desmond T. Barry, Jr., Esq.
       **CONDON & FORSYTH LLP**
       Times Square Tower
       7 Times Square, 18th Floor
       New York, New York 10036
       (212) 894-6770
       *Aviation Defendants' Liaison Counsel*
       ***Via E-Mail***: **dbarry@condonlaw.com**
       ***Via E-Mail***: **vturchetti@condonlaw.com**

       Robert A. Clifford, Esq.
       Tim Tomasik, Esq.
       **CLIFFORD LAW OFFICES**
       120 North LaSalle Street, Suite 31
       Chicago, Illinois 60602
       (312) 899-9090
       *PD/BL Plaintiffs' Liaison Counsel*
       ***Via E-Mail***: **rac@cliffordlaw.com**
       ***Via E-Mail***: **tst@cliffordlaw.com**

**\*\*\* SERVICE RIDER (CONT'D) \*\*\***

TO:    Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK**
**WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
***Via E-Mail***: **rwilliamson@fzwz.com**
***Via E-Mail***: **bstein@fzwz.com**

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
***Via E-Mail***: **bjacob@schiffhardin.com**

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
***Via E-Mail***: **sarah.normand@usdoj.gov**
***Via E-Mail***: **beth.goldman@usdoj.gov**
***Via E-Mail***: **jeannette.vargas@usdoj.gov**

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

*IN RE SEPTEMBER 11, 2001 LITIGATION*

*NOTICE OF ADOPTION*

*GALLAGHER GOSSEEN FALLER & CROWLEY*
*Attorneys at Law*

*Attorneys for Defendant*

*DELTA AIR LINES, INC. - FLIGHT 77*

*Office and Post Office Address, Telephone*
*1010 Franklin Avenue*
*Suite 400*
*Garden City, New York 11530*
*(516) 742-2500*
*Fax: (516) 742-2516*