UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : | 21 MC 97 (AKH) |
|  | : |  |
| IN RE SEPTEMBER 11 LITIGATION | : | This Document Relates to: |
|  | : | 03-CV-06966 |
|  | : | Cordero v. AMR Corp., et al. |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE ADOPTING MASTER ANSWER OF DEFENDANT THE BOEING COMPANY TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT

PLEASE TAKE NOTICE THAT defendant THE BOEING COMPANY ("BOEING") hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned action.  BOEING hereby denies all allegations not specifically and expressly admitted in their Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint.

WHEREFORE, defendant BOEING respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that their liability be limited or reduced as prayed.

Dated:  Seattle, Washington
        November 13, 2007

**PERKINS COIE LLP**

By   /s/ Eric S. Lent
    Thomas J. McLaughlin (pro hac vice)
    Mack H. Shultz, Jr. (pro hac vice)
    Eric S. Lent (EL-0144)
    1201 Third Avenue, Suite 4800
    Seattle, Washington 98101-3099
    Telephone: (206) 359-8000
    Facsimile:  (206) 359-9000

01038-9996/LEGAL13731872.1

-and-

**RICHARDS KIBBE & ORBE LLP**
Brian S. Fraser (BF-0114)
Neil S. Binder (NB-0959)
One World Financial Center, 29th Floor
New York, New York 10281-1003
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Attorneys for Defendant The Boeing Company

TO: Kenneth P. Nolan, Esq.
SPEISER KRAUSE
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, NY 10017-3144

Attorneys for Plaintiffs
CHRISTINE K. FISHER, IRENE M. GOLINKSI, JULIA P. SHONTERE,
SHIRLEY N. WILLCHER

PD/BL PLAINTIFFS' LIAISON COUNSEL
PI/WD PLAINTIFFS' LIAISON COUNSEL
GROUND DEFENDANTS' LIAISON COUNSEL
7 WTC GROUND DEFENDANTS' LIAISON COUNSEL
AVIATION DEFENDANTS' LIAISON COUNSEL
U.S. ATTORNEY'S OFFICE

## CERTIFICATE OF SERVICE

I, Eric S. Lent, certify that on November 13, 2007, a copy of DEFENDANT THE BOEING COMPANY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT and NOTICE ADOPTING THE BOEING COMPANY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT were served by electronic transmission upon the below-listed parties:

TO:   Kenneth P. Nolan, Esq.
      SPEISER KRAUSE
      Two Grand Central Tower
      140 East 45th Street, 34th Floor
      New York, NY 10017-3144

      Attorneys for Plaintiffs
      CHRISTINE K. FISHER, IRENE M. GOLINKSI, JULIA P. SHONTERE, SHIRLEY N. WILLCHER

1. Kenneth P. Nolan, Esq. – Counsel for Plaintiffs Christine K. Fisher, Irene M. Golinksi, Julia P. Shontere, Shirley N. Willcher;
2. Marc S. Moller, Esq. and Brian J. Alexander, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
3. Donald A. Migliori, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
4. Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
5. Richard Williamson, Esq. and M. Bradford Stein, Esq. – Ground Defendants' Liaison Counsel;
6. Beth Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
7. Beth Goldman, Esq. – U.S. Attorneys' Office; and
8. Desmond T. Barry, Esq. – Aviation Defendants' Liaison Counsel

      by e-mailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                                  /s/ Eric S. Lent
                                                   Eric S. Lent